# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 11-11068 |
| NEW ORLEANS AUCTION GALLERIES, INC. | SECTION "A" |
| DEBTOR | CHAPTER 11 |

| | |
|---|---|
| DAVID ADLER, TRUSTEE OF NOAG LITIGATION TRUST | |
| VERSUS | ADV. NO. 13-01021 |
| M.S. RAU ANTIQUES, LLC | |

## ORDER

Considering the *Ex Parte Motion to Dismiss Adversary Proceeding* (**Docket No. 14**) filed herein on behalf of David Adler, Trustee of the NOAG Litigation Trust:

***IT IS HEREBY ORDERED, ADJUDGED, AND DECREED*** that the Motion is granted and the above-captioned adversary proceeding and all claims, causes of action, counts, complaints and other matters brought therein by David Adler, as Trustee of the NOAG Litigation Trust are hereby dismissed with prejudice. Each party shall bear its own costs and fees.

New Orleans, Louisiana, July 16, 2013.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge